AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) |
| Kenneth James Thompson, | ) Case No.  CR 11-126-PHX-JAT |
| | ) |
| | ) |
| Defendant | ) |

**ARREST WARRANT**

*SEALED*

RECEIVED ___ COPY

JAN 3 1 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA

2011 JAN 20 AM 10: 48
RECEIVED US MARSHALS SERVICE DIST-AZ PHOENIX

To:    Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KENNETH JAMES THOMPSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:371 - Conspiracy
18:922(a)(1)(A), 924(a)(1)(D) and 2 - Dealing Firearms Without a License and Aid & Abet

Date:  01/20/2011

M. Pruneau (for)
*Issuing officer's signature*

City and state:   Phoenix, Arizona

RICHARD H WEARE, DEC/ CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* 1/20/2011, and the person was arrested on *(date)* 1/25/2011
at *(city and state)* Glendale, AZ

Date: 1/27/2011

by _____
*Arresting officer's signature*

Arrested by ATF
*Printed name and title*