FILED ___ LODG___
___ RECEIVED ___ COPY
JUL 1 0 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPU

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA §
§
vs. § CRIMINAL NO. 2:11-CR-00128-JAT
§
KENNETH JAMES THOMPSON §

### KENNETH JAMES THOMPSON'S PRO SE MOTION FOR TEMPORARY RELEASE OF A PRISONER PURSUANT TO 18 U.S.C. § 3622(a)(2)

TO: HONORABLE JAMES A. TEILBORG, PRESIDING
UNITED STATES DISTRICT JUDGE

**KENNETH JAMES THOMPSON**, Defendant Pro Se, ("Thompson"), moves this Court pursuant to 18 U.S.C. § 3622(a)(2), to enter an Order temporarily releasing Thompson, who is currently confined at the Federal Prison Camp at Florence, Colorado, to attend the memorial service for his mother who passed away only recently, and in support of such motion Thompson would show the Court:

1. Thompson is currently incarcerated at the Federal Prison Camp at Florence, Colorado, Reg. No. 11536-196, a minimum security facility. Thompson is confined at this institution as the Federal Bureau of Prisons has determined that he is "minimum" security classified, ie., that he is in need of little supervision. Thompson has been a model prisoner since his initial commitment to the custody of the Bureau of Prisons and the U.S. Attorney General.

2. Thompson recently learned that his mother passed away, and a memorial service will be held for the family on July 27, 2014, and Thompson is requesting this Court enter an Order allowing his release from prison to attend the service.

3. The service is being delayed to permit all family to arrive in Arizona to attend. The service will take place at 1564 W. Terripin, Mesa, Arizona 85207, and arrangements can be verified through Thompson's sister, Dessiree Kersey.

4. Thompson's wife, Kathryn Thompson, has made travel arrangements for the trip with Thompson flying out July 24, 2014 and arriving back on July 31, 2014. The departure is from Colorado at 9:00 AM, and the return has Thompson returning to Colorado at noon.

5. This type of release of a prisoner, temporarily, is permitted by federal statute. 18 USC § 3622 (a)(2) permits the release of a prisoner, on a temporary basis not to exceed 30 days, to permit the inmate to attend the funeral of a relative. Thompson is seeking his temporary release to be authorized by this Court for the sole purpose of attending his mother's funeral.

WHEREFORE, Thompson prays this Court enters an Order directing the Warden and Institutional Staff at Federal Prison Camp Florence, Colorado to release Thompson on a temporary basis, so he can travel to Arizona for the purpose of attending his mother's memorial service. Thompson prays for any and all such other relief to which he may show himself entitled, including but not limited to general relief.

Respectfully Submitted

Kenneth James Thompson
Reg. No. 11536-196
Federal Prison Camp
P.O. Box 5000
Florence, Colorado 81226-5000
DEFENDANT PRO SE

VERIFICATION

I, Kenneth James Thompson, being an incarcerated person, and pursuant to 28 USC § 1746, DECLARE UNDER PENALTY OF PERJURY, that the statements contained in this motion are within my personal knowledge, and they are true and correct based on my knowledge, information and belief.

Kenneth James Thompson
DECLARANT/DEFENDANT PRO SE

<mark>3</mark>

CERTIFICATE OF FILING BY MAIL
AND
CERTIFICATE OF SERVICE

I, Kenneth James Thompson, being an incarcerated person, and pursuant to 28 USC § 1746, and HOUSTON v. LACK, 487 US 266 (1988), and DECLARE UNDER PENALTY OF PERJURY, that the original of this document was duly FILED BY MAIL, by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: Office of the Clerk, United States District Court, UNITED STATES COURTHOUSE, 401 W.Washington St., Suite 130, SPC 1, Phoenix, Arizona 85003, on the 8th day of July, 2014. I further certify that a true and correct copy of this document was duly served upon the United States by depositing same in the institution's mail depository for legal mail, first class postage prepaid, and addressed to: Office of the U.S. Attorney, District of Arizona, UNITED STATES COURTHOUSE, 401 West Washington Street, Phoenix, Arizona 85003 on the 8th day of July, 2014.

Kenneth James Thompson
DECLARANT/DEFENDANT PRO SE